IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03322-KMT

MICHAEL DAILEY,

      Applicant,

v.

WARDEN OLIVER,

      Respondent.

## FINAL JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order Denying Application For A Writ of Habeas Corpus, filed on October 21, 2014, by the Honorable Magistrate Judge Kathleen M. Tafoya, and incorporated herein by reference as if fully set forth, it is

ORDERED that the Amended Application for a Writ Habeas Corpus Pursuant to 28 U.S.C. § 2251 (Doc. #7) is DENIED. It is further

ORDERED that this case is DISMISSED with prejudice. It is further

ORDERED that leave to proceed *in forma pauperis* on appeal is denied for the purpose of appeal.  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith. *See Coppedge v. United States*, 369 U.S. 438 (1962).

If Mr. Dailey files a notice of appeal he must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

DATED at Denver, Colorado this 23rd day of October, 2014.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By s/ S. Grimm
  Deputy Clerk